UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHERLENE CHASE-MORRIS,                    :
                                          :
                Plaintiff,   :   20-CV-8372 (OTW)
                                          :
                -against-    :
                                          :   **ORDER**
RICHARD TUBBY, et al.,                    :
                                          :
                Defendants.  :
                                          :
                                          :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Clerk of Court is directed to strike ECF 8. The Dec. 15, 2020 ICMC remains. Parties shall consult ECF 7 for procedures.

**SO ORDERED.**

Dated: December 2, 2020                        _s/ Ona T. Wang_
       New York, New York                     **Ona T. Wang**
                                                      United States Magistrate Judge