**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
CHERLENE CHASE-MORRIS,                               :
                                                     :
                              Plaintiff,             :          20-CV-8372 (OTW)
                                                     :
              -against-                              :          **ORDER**
                                                     :
RICHARD TUBBY, et al.,                               :
                                                     :
                              Defendants.            :
                                                     :
---------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      For the reasons stated in December 7, 2020 Order to Show Cause (ECF 10), the action is

HEREBY REMANDED to Supreme Court of the State of New York, County of Westchester. The

Clerk of Court is respectfully directed to close the case.


      **SO ORDERED.**



                                                     _s/  Ona T. Wang_____
Dated: January 19, 2021                              **Ona T. Wang**
      New York, New York                         United States Magistrate Judge